UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL EAGAN,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, *et al.*

                      Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

11 CV 7688 (BSJ)

      **PLEASE TAKE NOTICE** that **VICTOR TELLO**, Assistant Corporation Counsel, should be added as counsel of record, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York effective November 30, 2011.

Dated: New York, New York
       November 30, 2011

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the City of New York
                      *Attorney for Defendant City of New York*
                      100 Church Street
                      New York, New York 10007
                      (212) 788-1895

                      By:   _____/s/_____
                             Victor Tello
                             Assistant Corporation Counsel